STATE v. DOUGLAS

No. 58 PC.

Case below: 44 N.C. App. 731.

Petition by defendant for discretionary review under G.S. 7A-31 denied 6 May 1980. Motion of Attorney General to dismiss appeal for lack of substantial constitutional question allowed 6 May 1980.

STATE v. GREENE

No. 54 PC.

Case below: 44 N.C. App. 731.

Petition by defendant for discretionary review under G.S. 7A-31 denied 6 May 1980.

STATE v. HARVELL

No. 106 PC.

Case below: 45 N.C. App. 243.

Petition by defendant for discretionary review under G.S. 7A-31 denied 6 May 1980. Motion of Attorney General to dismiss appeal for lack of substantial constitutional question allowed 6 May 1980.

STATE v. KRAMER

No. 110 PC.

Case below: 45 N.C. App. 291.

Petition by defendant for discretionary review under G.S. 7A-31 denied 6 May 1980.

STATE v. LEDFORD

No. 158 PC.

Case below: 46 N.C. App 122.

Petition by defendant for discretionary review under G.S. 7A-31 denied 6 May 1980.